UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENERAL STAR INDEMNITY COMPANY,

Plaintiff,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY OF NAPA, et al.,

Defendants.

Case No. 20-cv-03210-TSH

**ORDER RE: SERVICE**

On March 17, 2021, the Court granted Graden Tapley, of O'Brien Watters & Davis, LLP's motion for leave to withdraw as counsel for Defendants Lisa Mini and In The Vines, LLC.  ECF No. 79.  However, because Mini and In The Vines had not consented to the withdrawal and no substitution of counsel had been filed on their behalf, the Court required that all papers from the Court and from the other parties in this case continue to be served on Tapley for forwarding purposes until a substitution of counsel is filed, and that Tapley e-file proof of service for each. Tapley filed proof of service of the Court's March 17 order (ECF No. 82), but there is no indication he has served any subsequent documents.  Accordingly, the Court **ORDERS** Tapley to file a status report by May 14, 2021, regarding his compliance with the March 17 order.

**IT IS SO ORDERED.**

Dated:

THOMAS S. HIXSON
United States Magistrate Judge