IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL STAR INDEMNITY COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY OF NAPA, et al.,<br><br>  Defendants. | Case No. 20-cv-03210-CRB<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION** |

The Court has reviewed Magistrate Judge Hixson's report and recommendation. See R&R (dkt. 106). The Court finds it thorough, well-reasoned, and correct, and thus adopts it in full. The Court also notes that no party has timely objected to Magistrate Judge Hixon's report and recommendation.

Therefore, the Court grants Plaintiff General Star Indemnity Company's motion to dismiss with prejudice all claims brought by it against Defendants First American Title Company of Napa, First American Title Insurance Company, Lisa Mini, In the Vines, LLC, and Michael Venuta (dkt. 102). The Court denies the parties' stipulation (dkt. 105) and dismisses First American's crossclaims with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Consistent with Magistrate Judge Hixson's report, and because certain "claims brought by First Napa and First American remain pending and are not addressed in the parties' stipulation," the Court hereby directs the parties to file dismissals or a status report within 14 days of the date of this order. See R&R at 8.

**IT IS SO ORDERED.**

Dated: August 23, 2021



CHARLES R. BREYER
United States District Judge