| | |
|---|---|
| Lisa N. Neal (State Bar No. 205465)<br>lneal@rutan.com<br>Damon Mircheff (State Bar No. 216257)<br>dmircheff@rutan.com<br>Heather Herd (State Bar No. 217521)<br>hherd@rutan.com<br>RUTAN & TUCKER, LLP<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, California 92626-1931<br>Telephone: 714-641-5100<br>Facsimile: 714-546-9035<br><br>Attorneys for Defendant, Cross-claimant<br>and Counterclaimant<br>FIRST AMERICAN TITLE INSURANCE COMPANY | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL STAR INDEMNITY COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY OF NAPA; FIRST AMERICAN TITLE INSURANCE COMPANY; LISA MINI; IN THE VINES LLC; and MICHAEL VENUTA,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 3:20-cv-03210-CRB<br><br>Honorable Charles R. Breyer<br>Courtroom 6<br><br>**REQUEST FOR DISMISSAL OF FIRST AMERICAN TITLE INSURANCE COMPANY'S COUNTER CLAIMS AGAINST FIRST AMERICAN TITLE INSURANCE COMPANY OF NAPA, LISA MINI, IN THE VINES, LLC, LIGHT CASTLE PRIVATE FAMILY MANAGEMENT, LLC, AZL, LLC AND MICHAEL VENUTA;** [PROPOSED] **ORDER**<br><br>**FED. R. CIV. P. 41(a)(2)** |

///

///

///

///

///

///

///

Rutan & Tucker, LLP
attorneys at law

2259/034819-0472
16749709.2 a08/25/21

-1-

REQUEST FOR DISMISSAL OF FIRST
AMERICAN TITLE INSURANCE COMPANY
COUNTER CLAIMS

1  Pursuant to Federal Rule of Civil Procedure 41(a)(2) and this Court's August 23,
2  2021 Order Adopting Report & Recommendation (dkt. 109), First American Title
3  Insurance Company requests that this Court dismiss with prejudice First American's
4  counter claims against counter-defendants First American Title Insurance Company of
5  Napa, Lisa Mini, In the Vines, LLC, Light Castle Private Family Management, LLC,
6  AZL, LLC, and Michael Venuta.  This dismissal will dispose of all First American Title
7  Insurance Company's remaining claims in this action.

Respectfully submitted

Dated:  August 25, 2021                          RUTAN & TUCKER, LLP

                                                 By: _____
                                                     Heather N. Herd

                                                 Attorneys for Defendant, Cross-
                                                 Claimant and Counter-Claimant
                                                 First American Title Insurance
                                                 Company

Rutan & Tucker, LLP
attorneys at law

2259/034819-0472
16749709.2 a08/25/21

-2-

REQUEST FOR DISMISSAL OF FIRST
AMERICAN TITLE INSURANCE COMPANY
COUNTER CLAIMS

1  IT IS ORDERED that the counter claims of First American Title Insurance
2  Company against First American Title Insurance Company of Napa, Lisa Mini, In the
3  Vines, LLC, Light Castle Private Family Management, LLC, AZL, LLC, and Michael
4  Venuta in the case of *General Star Indemnity Company v. First American Title Insurance*
5  *Company of Napa, et al*, United States District Court for the Northern District of California
6  Case No. 3:20-cv-03210-CRB, are dismissed with prejudice.

Date: August 26, 2021

Hon. Charles R. Breyer
United States District Judge

Rutan & Tucker, LLP
attorneys at law

2259/034819-0472
16749709.2 a08/25/21

-3-

REQUEST FOR DISMISSAL OF FIRST
AMERICAN TITLE INSURANCE COMPANY
COUNTER CLAIMS